HARRY GARBER v. SAMUEL S. GARBER *et al.*
No. 12,010.   ( 72 Pac. 267.)

Error from court of appeals, northern department; JOHN
H. MAHAN, ABIJAH WELLS, and SAMUEL W. McELROY,
judges.   Opinion filed April 11, 1903.   Dismissed.

*Crane, Woodburn & Rokes,* for plaintiff in error.
*Hayden & Hayden,* for defendant in error G. W. In-
gram.

*Per Curiam:* Upon a judgment rendered by the district
court of Jackson county in an action brought to foreclose a
mortgage an order of sale was issued and a tract of real
estate sold by the sheriff. A motion was made to set
aside the sale for inadequacy of selling-price and various
irregularities. The district court overruled the motion and
proceedings in error were instituted in the court of appeals.
That court reversed the district court and ordered the case
to be remanded with directions to sustain the motion to set
aside the sale. This proceeding is brought to review the
decision of the court of appeals as a matter of right, upon
the theory that the title to real estate is involved. Within
the rule announced in *Park v. Busenbark,* 59 Kan. 65, 51
Pac. 907, and followed in *Tipton v. McCalla,* 59 id. 719, 54
Pac. 1054, and *McClain v. Jones,* 60 id. 639, 57 Pac. 500,
the title to real estate not being directly involved, this court
had no jurisdiction to review the judgment of the court of
appeals in a proceeding of this character.

The case is dismissed.